UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YOANDY SERRANO-VARONA,

　　　　　　　Petitioner,

　　v.

ICE FIELD OFFICER DIRECTOR,

　　　　　　　Respondent.

C20-537 TSZ

ORDER

　　　THIS MATTER comes before the Court on a Report and Recommendation ("R&R") by the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 9. Petitioner having been released from custody, <u>see</u> Morehead Decl. at Ex. A (docket no. 6-1), petitioner's service copy of the R&R having been returned as undeliverable, and no objection to the R&R having been received, the Court ORDERS:

　　　(1)　The R&R is ADOPTED as follows. Respondent's motion to dismiss, docket no. 5, is GRANTED, and the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, docket no. 1, is DISMISSED as moot.

　　　(2)　The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record and to Magistrate Judge Theiler.

　　　IT IS SO ORDERED.

　　　Dated this 29th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　／s／ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER - 1